UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 22-cv-339 JRT/ECW

_____

Dana Antinozzi,

                                                      Plaintiff,

v.

Experian Information Solutions, Inc.
and Equifax Information Services LLC,

                                                      Defendants.

_____

**JOINT NOTICE OF SETTLEMENT
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION
SERVICES LLC**

_____

      Plaintiff, Dana Antinozzi, and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby inform this Court that Plaintiff and Equifax have reached a settlement as to all matters raised by Plaintiff against Equifax *only* in this action. Plaintiff and Equifax anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

*ATTORNEY FOR PLAINTIFF*            *ATTORNEY FOR DEFENDANT EQUIFAX*

By: s/Thomas J. Lyons Jr.            By: s/ Jeremy J. Thompson

Thomas J. Lyons, Jr., Esq.            Jeremy J. Thompson
Attorney I.D. #: 0249646            MN Bar No. 0402173
CONSUMER JUSTICE CENTER, P.A.    jthompson@grsm.com
367 Commerce Court                GORDON REES SCULLY
Vadnais Heights, MN 55127           MANSUKHANI, LLP
Telephone: (651) 770-9707           100 s. Fifth Street, Suite 1900
                                             Minneapolis, MN 55402

| | |
|---|---|
| Facsimile: (651) 704-0907 | Telephone: (612) 351-5969 |
| tommy@consumerjusticecenter.com | Fax: (844) 345-3178 |
| | |
| Dated: May 19, 2022 | Dated: May 19, 2022 |