UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 22-cv-339 JRT/ECW

| | |
|---|---|
| Dana Antinozzi,<br><br>            Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc. and Equifax Information Services LLC,<br><br>            Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Dana Antinozzi ("Plaintiff"), by counsel, and Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC ("Defendants"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| *ATTORNEY FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT EXPERIAN* |
|---|---|
| By: s/Thomas J. Lyons Jr. | By: s/ Angela M. Taylor |
| Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. #: 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707<br>Facsimile: (651) 704-0907<br>tommy@consumerjusticecenter.com | Chelsea A. Bunge-Bollman<br>Bar Number 0401297<br>Jones Day<br>90 South 7th Street, Suite 4950<br>Minneapolis, MN 55402<br>Telephone: (612) 217-8868<br>Fax: (844) 345-3178 |

Dated: <u>July 12, 2022</u>

cbungebollman@jonesday.com

Angela M. Taylor, Esq.
(*Admitted Pro Hac Vice*)
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA  92612
Telephone: (949) 553-7549
angelataylor@jonesday.com

Dated: <u>July 12, 2022</u>

*ATTORNEY FOR DEFENDANT EQUIFAX*

By: <u>s/ Jeremy J. Thompson</u>

Jeremy J. Thompson
MN Bar No. 0402173
jthompson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
100 s. Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 351-5969

Dated: <u>July 12, 2022</u>