**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DANA ANTINOZZI,                                          Civil No. 22-339 (JRT/ECW)

              Plaintiff,

    v.

                                   **ORDER FOR DISMISSAL**
EXPERIAN INFORMATION SOLUTIONS,                  **WITH PREJUDICE**
INC., et al.,

              Defendants.

---

Thomas J Lyons , Jr, **CONSUMER JUSTICE CENTER P.A.,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Angela M Taylor, **JONES DAY,** 3161 Michelson Drive, Suite 800, Irvine, CA 92612-4408, for defendant Experian Information Solutions, Inc.

Jeremy Thompson, **GORDON REES SCULLY MANSUKHANI, LLP,** 100 South 5th Street, Suite 1900, Minneapolis, MN 55402, for defendant Equifax Information Services LLC.

The parties filed a Stipulation of Dismissal on July 13, 2022. (ECF No. 24) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 5, 2022                                    ___s/John R. Tunheim____
at Minneapolis, Minnesota                              JOHN R. TUNHEIM
                                        United States District Judge