# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dana Antinozzi, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-339 JRT/ECW |
| Experian Information Solutions, Inc., Equifax Information Services LLC, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date: 8/5/2022                                                                                      KATE M. FOGARTY, CLERK